# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Deidra D. Jenkins

v.

                            Case: 1:07-cv-01012
                            Assigned To : Walton, Reggie B.
                            Assign. Date : 06/05/2007
                            Description: EMPLOY DISCRIM.

Alphonso R. Jackson, et al
Secretary, U.S. Department of Housing
  and Urban Development
Keith Gottfried
George Weidenfeller
Nancy Christopher
Holly Salamido
Patricia Baker
Sinthea Kelly
Zakiyyah Day
Lewis Anderson

## MOTION FOR COURT APPOINTED COUNSEL

Plaintiff respectfully requests that the Court appoint counsel to represent her pursuant of 42 U.S.C. § 2000e-5(f)(1). I have sought private counsel; however, at this time I am unable to pay the fees associated with hiring private counsel for representation. This is an action alleging employment discrimination and seeking relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq.

Signature of Plaintiff: *[signature]*
Deidra D. Jenkins
New address:
8104 Johnsam Road
Clinton, MD 20735
(301) 877-6988