UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEIDRA JENKINS<br>8104 Johnsam Road<br>Clinton, MD 20735<br>　　　　　Plaintiff<br>　v.<br><br>ALPHONSO R. JACKSON, et al.<br>Secretary, U.S. Dept. Of Housing<br>and Urban Development<br>451 7th Street, SW<br>Washington, D.C.  20410<br><br>　　　　　Defendant. | Civil Action No.: 07-1012 (RBW) |

**NOTICE OF APPEARANCE**

　　　The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, Deidra Jenkins, by postage prepaid mail addresses as follows:

DEIDRA JENKINS
8104 Johnsam Road
Clinton, MD 20735

                                            /s/
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney
                                    555 4th St., N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7157
                                    kenneth.adebonojo@usdoj.gov