UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEIDRA JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 07-1012 (RBW)** |
| ) | |
| ALPHONSO R. JACKSON, Secretary, U.S. ) | |
| Dep't of Housing & Urban Dev., et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to the Plaintiff's Motion for Court Appointed Counsel, it is hereby

**ORDERED** that plaintiff's Motion for Court Appointed Counsel is denied without prejudice.[1]

**SO ORDERED** on this 23rd day of January, 2008.

REGGIE B. WALTON
United States District Judge

---

[1] The Court will revisit this issue after it has had a chance to review the merits of the plaintiff's claims, i.e., either by assessing the defendant's motion to dismiss or at the initial scheduling conference where the Court will have an opportunity to question the defendant about the case.