UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEIDRA JENKINS,<br><br>        Plaintiff,<br><br>        v.<br><br>ALPHONSO R. JACKSON, Secretary, U.S.<br>Dep't of Housing & Urban Dev., et al.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)    **Civil Action No. 07-1012 (RBW)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pursuant to the Defendants' Motion to Dismiss the Individually Named Defendants As Improperly Named Defendants, it is hereby

**ORDERED** that the defendants' Motion is **GRANTED**.  It is further

**ORDERED** that the plaintiff's claims against individual defendants Holly Salamido, Nancy Christopher, Sinthea Kelly, Zakiyyah Day, Lewis Anderson, and Patricia Baker in their official capacities are hereby **DISMISSED** with prejudice.

**SO ORDERED** on this 10th day of March, 2008.


                                                    REGGIE B. WALTON
                                                    United States District Judge